IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY DUANE CROFFORD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-10-279-F |
| | ) |
| JAMES RUDICK, Warden, | ) |
| | ) |
| Respondent. | ) |

## **REPORT AND RECOMMENDATION**

The Petitioner has moved for leave to proceed *in forma pauperis* and has now paid the $5.00 filing fee. The motion for pauper status is moot in light of Mr. Crofford's payment of the filing fee in full. Accordingly, the motion for pauper status should be stricken on grounds of mootness.

The Petitioner is advised of his right to object to this report and recommendation by April 26, 2010. *See* Fed. R. Civ. P. 6(d), 72(b)(2); 28 U.S.C. § 636(b)(1). If the Petitioner does object, he must file a written objection with the Court Clerk for the United States District Court, Western District of Oklahoma. The Petitioner is further advised that if he does not timely object, he would waive his right to appellate review over a denial of pauper status in the district court. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

Entered this 9th day of April, 2010.

_____
Robert E. Bacharach
United States Magistrate Judge