# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| JEREMY DUANE CROFFORD, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) Case No. CIV-10-0279-F |
| JAMES RUDICK, Warden, | ) |
| Respondent. | ) |

## ORDER

On April 9, 2010, Magistrate Judge Robert E. Bacharach filed a Report and Recommendation finding that petitioner's motion to proceed *in forma pauperis* is moot in light of Mr. Crofford's payment of the filing fee in full. (Report, doc. no. 8.) The Report advised petitioner that failure to timely object to the Report waives the right to appellate review of both factual and legal issues contained in the Report. Petitioner has not responded to the Report and has not asked for an extension of time within which to respond. With no objection having been filed, the court, after review, hereby **ADOPTS**, **ACCEPTS** and **AFFIRMS** the Report and Recommendation of Magistrate Judge Bacharach. Accordingly, the motion to proceed *in forma pauperis* (doc. no. 2) is **STRICKEN** as **MOOT**.

Dated this 17th day of May, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0279p002.wpd