# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

JEREMY DUANE CROFFORD, )
        )
   Petitioner, )
        )
vs. )   Case No. CIV-10-0279-F
        )
JAMES RUDEK (also spelled Ruder )
   or Rudick),[1] Warden, )
        )
   Respondent. )

## ORDER

This action seeks habeas relief under 28 U.S.C. § 2254. Petitioner is represented by counsel.

Magistrate Judge Robert E. Bacharach entered his Report and Recommendation in this matter on June 11, 2010, recommending that the petition be denied. (Doc. no. 14.) Petitioner objected to the magistrate judge's recommended findings and conclusions. (Doc. no. 19.) Accordingly, the court reviews the matter *de novo*. Petitioner has also moved for an evidentiary hearing. (Doc. no. 18.) The lack of need for an evidentiary hearing is addressed in the Report.

After careful study of petitioner's objections, the Report, the record, the relevant legal authorities, the court concurs with the magistrate judge's determinations. The court further finds that no purpose would be served by repeating the magistrate judge's determinations or by presenting any additional analysis here.

Petitioner's objections to the Report are **DENIED**. Petitioner's motion for an

---

[1] The Report and Recommendation spells the respondent's name "Rudick," and this is how it is spelled in the petition. Petitioner's more recent filings spell the respondent's name "Ruder." The appearance filed by Mr. Self on respondent's behalf spells the warden's name "Rudek." "Rudek" currently appears in the caption on the court's docket sheet.

evidentiary hearing is **DENIED**. The result recommended by Magistrate Judge Bacharach in his Report is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The Petition for a Writ of Habeas Corpus is **DENIED**.

Dated this 21st day of July, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0279p003.wpd